| Date | Pleading Number | |
|---|---|---|
| 5/29/75 | 1 | MOTION, BRIEF, -- NATIONAL AIRLINES, INC. to transfer actions Certificate of Service, Exhibits  SUGGESTED FORUM: S.D. Florida |
| 6/5/75 | | HEARING ORDER -- JUNE 27, 1975 -- DENVER, COLORADO  A-1 through A-4 -- Motion of National Airlines to transfer actions |
| 6/9/75 | | APPEARANCES -- National Airlines, Inc., pltf. Barbara Baker Johnson, Air Line Pilots Assn., International, and pltf. Susan Gail Leonard, Ind. as as repre. of class. |
| 6/11/75 | | APPEARANCES -- Donald B. Myers, Esq. for plaintiffs Barbara Ann Gardner, et al. |
| 6/11/75 | | ORDER -- Correcting 6/5/75 Hearing Order to reflect correct civil action number (delet 74-2249 and insert 74-1149) |
| 6/13/75 | | REQUEST FOR EXTENSION -- Airline Pilots Assn. -- Granted to 6/13/75 |
| 6/13/75 | 2 | RESPONSE-- AIRLINE PILOTS ASSOCIATION -- w/cert. of service |
| 6/13/75 | 3 | RESPONSE-- BARBARA ANN GARDNER, w/cert/ pf servoce |
| 6/17/75 | 4 | RESPONSE -- GARDNER, ET AL. w/XXXXXXX memorandum and cert. of service |
| 6/27/75 | 5 | ORDER -- J. KING, S.D.FLORIDA -- (Jun. 23, 1975) XXXXXXXXXXXXXXXXXXXXX Continuing pretrial in Florida Actions |
| 6/27/75 | 6 | ORDER -- J. KING, S.D.FLORIDA -- (Jun. 24, 1975) Staying XX Florida actions until JPML Order is filed. |
| 8/29/75 | | CONSENT OF TRANSFEREE COURT FROM JUDGE NORMAN C. ROETTGER JR. to handle litigation in S.D. Florida pursuant to 28 U.S.C. §1407 |
| 8/29/75 | | OPINION AND ORDER -- transferring actions to the S.D. FLORIDA TO JUDGE NORMAN C. ROETTGER, JR. for coordinated or consolidated pretrial proceedings under 28 U.S.C. §1407 |

August 29, 1975  O&O, 377 SUPP. 405
DOCKET NO. 218 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*Closed*

## Description of Litigation

### MDL DOCKET NO. 218 -- IN RE NATIONAL AIRLINES, INC. MATERNITY LEAVE PRACTICES AND FLIGHT ATTENDANT WEIGHT PROGRAM LITIGATION

#### Summary of Panel Action

Date(s) of Hearing(s) 6/27/75

Date(s) of Opinion(s) or Order(s) 8/29/75

Consolidation Ordered  xx          Name of Transferee Judge  NORMAN C. ROETTGER, JR.
Consolidation Denied  ____         Transferee District  S.D. FLORIDA

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Barbara Ann Gardner, et al. v. National Airlines, Inc. | E.D.Va. | 75-329-A | 8/25/75 | 75-1968 | 5/17/77 | ✓ |
| A-2 | Air Line Pilots Association International v. National Airlines, Inc. | S.D.Fla | 74-1149-Civ ~~74-2249-Civ~~ JLK | | | 1/25/77 | Vol. dis. |
| A-3 | Susan Gail Leonard, etc. v. National Airlines, et al. | S.D.Fla | 75-719-Civ PF | | | 11/8/77 | |
| A-4 | Barbara Baker Johnson v. National Airlines, Inc. | S.D.Fla | 75-785-Civ JLK | | | 4/8/77 | |
| XYZ-1 | Francess Darnell v. National Airlines, Inc. | S.D.Fla | 75-3066-CIV NCR | | | 3/31/76 | |

*Verified*
*July 1977*

1/4
4/XYZ
5
(1) Dis
4
Alg

July 1978 - 1 TR / 1 XYZ / 4 Dis / 1 Pdg

July 1979 - Closed

p. _____

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 218 -- IN RE NATIONAL AIRLINES, INC. MATERNITY LEAVE PRACTICES AND FLIGHT ATTENDANT WEIGHT PROGRAM LITIGATION

| Plaintiff | Defendant |
|---|---|
| BARBARA ANN GARDNER, ET AL.<br>Donald B. Myers, Esq.<br>Debevoise & Liberman<br>700 Shoreham Building<br>806 15th Street, N.W.<br>Washington, D. C.  20005<br><br>AIR LINE PILOTS ASSOCIATION (A-2)<br>Stephen B. Moldof, Esquire<br>Cohen, Weiss & Simon<br>605 Third Avenue<br>New York, New York  10016<br><br>SUSAN GAIL LEONARD, ETC. (A-3)<br>Donald J. Parker, Esquire<br>Gann, McIntosh, Flaherty & Parker<br>135 S. LaSalle St., Suite 4310<br>Chicago, Illinois  60603<br><br>BARBARA BAKER JOHNSON (A-4)<br>Norman S. Klein, Esquire<br>Schwartz & Klein, P.A.<br>2020 N.E. 163rd St., Suite 302<br>N. Miami Beach, Florida  33162 | NATIONAL AIRLINES, INC.<br>Barry R. Davidson, Esquire<br>Steel, Hector & Davis<br>1400 SE First National Bank Bldg.<br>Miami, Florida  33131 |